FILED

2004 APR 19  P 12: 05

U.S. DISTRICT COURT
HARTFORD

DOCKET NO.: 3:01 CV 2152 (CFD)   :  UNITED STATES DISTRICT
                                     COURT

AETNA U.S. HEALTHCARE            :  DISTRICT OF CONNECTICUT

        VS.                      :  AT HARTFORD

LAMONT L. DENSON                 :  APRIL 12, 2004

## SATISFACTION OF JUDGMENT

The Plaintiff(s) hereby represent(s) that the Judgment rendered in the above-captioned matter has been fully satisfied to the Plaintiff(s).

PLAINTIFF(S)

AETNA U.S. HEALTHCARE

By _____
Richard F. Tolisano, Esq.
Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to Rochelle L. Williams, Manchester Escrow Corp., 7323 Crenshaw Boulevard, Los Angeles, CA 90043 and County of Los Angeles, Registrar-Recorder/County Clerk, P.O. Box 53115, Los Angeles, CA 90053-0115 on April 12, 2004.

_____
Richard F. Tolisano, Esq.
Commissioner of the Superior Court